## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH-PMF<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

*Kathryn Blanton v. Bayer HealthCare Pharmaceuticals Inc., et al.*          *No. 3:10-cv-10098-DRH*

*Lisa Ellis v. Bayer HealthCare Pharmaceuticals Inc., et al.*          *No. 3:09-cv-10176-DRH*

*Beth Griffin v. Bayer HealthCare Pharmaceuticals Inc., et al.*          *No. 3:09-cv-10165-DRH*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                        BY:   /s/*Sara Jennings*
                                              **Deputy Clerk**

Dated: May 20, 2013

Digitally signed by
David R. Herndon
Date: 2013.05.20
10:57:20 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT